to dismiss the appeal, which is granted on authority of Ex parte Gay, etc., 213 Ala. 5, 104 So. 898; Johnson v. Nat. Union Fire Ins. Co., 23 Ala. App. 254, 123 So. 278.

Appeal dismissed.

140 So. 926
### Richard MOSS v. J. T. FOSTER.
8 Div. 509.

Court of Appeals of Alabama.
March 24, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.

148 So. 922
### Cora MURPHY v. STATE.
6 Div. 401.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Appeal dismissed.

148 So. 922
### Luther MURPHY v. STATE.
8 Div. 743.

Court of Appeals of Alabama.
May 23, 1933.

SAMFORD, Judge.
Appeal dismissed.

141 So. 923
### William NASSER v. STATE.
6 Div. 243.

Court of Appeals of Alabama.
May 17, 1932.

BRICKEN, P. J.
Affirmed.

147 So. 925
### NATIONAL LIFE & ACCIDENT INSURANCE CO. v. Clementine GREEN.
I Div. 112.

Court of Appeals of Alabama.
April 11, 1933.

Birch & Meredith, of Mobile, for appellant.
Harry T. Smith & Caffey, of Mobile, for appellee.

RICE, Judge.
Appeal dismissed by agreement.

145 So. 922
### Grover NEWELL v. STATE.
7 Div. 929.

Court of Appeals of Alabama.
Jan. 17, 1933.

RICE, J.
Appeal dismissed.

139 So. 920
### E. L. NEWSOME v. STATE.
2 Div. 494.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Appeal dismissed.

139 So. 921
### J. M. NEWTON v. H. COMPTON.
8 Div. 385.

Court of Appeals of Alabama.
Jan. 21, 1932.

PER CURIAM.
Appeal dismissed for want of prosecution.